IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-cr-00098-D-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ON DEFENDANT'S |
| | ) | UNOPPOSED MOTION TO |
| v. | ) | ALLOW COUNSEL TO |
| | ) | ACCESS PRETRIAL |
| DERRECK CORDEARO EDGE, | ) | SERVICES REPORT |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant

Derreck Cordearo Edge to allow his counsel to access the sealed pretrial services

report. For good cause shown, the motion is GRANTED. The Probation Office is

hereby DIRECTED to provide Paul K. Sun, Jr., Mr. Edge's appointed counsel,

with a copy of the report (DE 39).

SO ORDERED, this the **30** day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge