IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-CR-00098-D-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING |
| v. | ) | DEFENDANT'S |
| | ) | CONSENT MOTION |
| DERRECK CORDEARO EDGE, | ) | FOR BENCH TRIAL |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Derreck Cordearo Edge for a bench trial. Mr. Edge has waived his right to a jury trial in writing, and the United States consents to a bench trial without a jury. The Court approves a bench trial without a jury, and the Defendant's motion is GRANTED.

Any delay that results from this motion shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 18 day of August, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge